IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD MASON, | 1:06-cv-00793-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 14) |
| W. A. SULLIVAN, et al., | ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |
| Defendants. | |

Jarrod Mason ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 7, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of December 20, 2007. Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty days. Over forty-five days have passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1  Accordingly, THE COURT HEREBY ORDERS that:

2  1. The Findings and Recommendations issued by the Magistrate Judge on March 7, 2008, are adopted in full;

3  2. This action is dismissed in its entirety, based on plaintiff's failure to comply with the court's order of December 20, 2007; and

4  3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 22, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2